UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LADIFA BAIRAMUKOVA 2220 840 467,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>KRISTI NOEM Secretary, US Department of  )<br>Homeland Security,  )<br>SAMUEL OLSON Field Office Director, Chicago  )<br>Field Office, Immigration and Customs  )<br>Enforcement,  )<br>PAMELA BONDI U.S. Attorney General,  )<br>DAVID SHOOK Jailer, Clark County Jail,  )<br>  )<br>Respondents.  ) | No. 4:26-cv-00052-TWP-KMB |

**ORDER**

Petitioner filed a petition for a writ of habeas corpus alleging that he is unlawfully detained at the Clark County Justice Center at the direction of U.S. Immigration and Customs Enforcement. (Dkt. 1). On February 26, 2026 the Court directed Petitioner to file an amended petition naming as respondents all persons allegedly responsible for Petitioner's detention. Dkt. 8 (citing 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."); *Kholyavskiy v. Achim*, 443 F.3d 946, 953-54 (7th Cir. 2006) (affirming dismissal of habeas petition where petitioner did not name immediate custodian as respondent)).

Petitioner added as a respondent David Shook, who the Court understands is an official at the jail in Clark County, *Washington*.[1] Therefore, he still has not filed a petition naming all necessary respondents.

---

[1] Clark County, Washington, *County manager appoints David Shook to lead new Jail Services department*, https://clark.wa.gov/county-manager/county-manager-appoints-david-shook-lead-new-jail-services-department (Sept. 26, 2022).

Petitioner will have **through March 6, 2026**, to file an amended petition naming all necessary respondents. The Court will issue additional orders once the amended petition has been filed. If Petitioner does not comply with this order in the time provided, the Court may dismiss this action without further warning or opportunity to show cause.

**IT IS SO ORDERED.**

Date: <u>March 4, 2026</u>

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Khiabett Tanairi Osuna
Kriezelman Burton & Associates, LLC
kosuna@krilaw.com