**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

LADIFA BAIRAMUKOVA 2220 840 467,       )
                                       )
                Petitioner,            )
                                       )
        v.                             )       No. 4:26-cv-00052-TWP-KMB
                                       )
KRISTI NOEM Secretary, US Department of )
Homeland Security,                     )
SAMUEL OLSON Field Office Director, Chicago )
Field Office, Immigration and Customs  )
Enforcement,                           )
PAMELA BONDI U.S. Attorney General,    )
SCOTT MAPLES JR. Sheriff, Clark County Jail, )
                                       )
                Respondents.           )

## ORDER ACCEPTING NOTICE OF VOLUNTARY DISMISSAL

On March 25, 2026, Petitioner Ladifa Bairamukova filed Notice of Voluntary Dismissal.

The Court **accepts** the petitioner's Notice, Dkt. [18]. Pursuant to the Notice and Federal Rule of

Civil Procedure 41(a)(2), this action is **dismissed without prejudice**.

The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 3/27/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Khiabett Tanairi Osuna
Kriezelman Burton & Associates, LLC
kosuna@krilaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov